In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-438 CR


____________________



ROSE MARY MOSS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 93011






MEMORANDUM OPINION


 A jury found appellant Rose Mary Moss guilty of injury to a child and assessed
punishment at ten years of imprisonment.

 Moss's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On July 26, 2007, we granted an extension of time for appellant to file a pro se brief. 
We received no response from appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.



 

 STEVE McKEITHEN

 Chief Justice


Submitted on November 5, 2007

Opinion Delivered November 28, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.